**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br>Andrew Jason Muller<br>Haley Michelle Muller<br>SSN#: XXX-XX-4244<br>SSN#: XXX-XX-7305 | Case No. 17-50251<br><br>Chapter 13 |

**NOTICE OF PLAN MODIFICATION**

Please take notice that your monthly plan payment has increased.

CAUSE OF CHANGE IN PLAN PAYMENT:   Per mortgage payment change as filed with the Clerk of Court by Ditech Financial LLC.

DATE OF DOCUMENT:   3/26/2018

Should the proposed change be inacted, then your plan payment will increase to $2,448.00.

Your plan base is increased as necessary to accommodate the stated modification.

Please begin making this new payment in April 2018.

If you have any questions, please feel free to contact our office.

Dated:  4/6/2018                                                                       Steven G. Tate, Chapter 13 Trustee
                                                                                                     212 Cooper St
                                                                                                     Statesville, NC  28677-5856
                                                                                                     (704) 872-0068 | general@ch13sta.com

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 4/9/2018.

                                                                                                     D. Kaigler
                                                                                                     Office of the Chapter 13 Trustee

Andrew Jason Muller, Haley Michelle Muller, 151 Sparta Drive, Mooresville, NC  28117
Total Served: 1